1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANAHI AGUILAR, an individual, | 2:25-cv-00848-ART-EJY |
| Plaintiff, | **ORDER GRANTING** |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| AMERICAN NATIONAL GENERAL INSURANCE COMPANY; and DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

COME NOW the parties, by and through their counsel of record, and hereby stipulate to dismiss the above-captioned action with prejudice.

///
///
///
///
///
///
///

-1-

*Aguilar v. American National General Insurance Company*
Case No. 2:25-cv-00848

Each party shall bear its own attorneys' fees and costs.

Dated this 7th day of September, 2025.

LAW OFFICE OF JAMES J. REAM

/s/ James Ream
JAMES REAM, ESQ.
Nevada Bar No. 3573
106 S. JONES BLVD.
LAS VEGAS, NV 89107
(702) 631-0031

Attorney for Plaintiff

Dated this 7th day of September, 2025.

THORNDAL ARMSTRONG, PC

/s/ Greg Schulman
GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
(702) 366-0622

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: September 8, 2025

-2-